IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| Vicente Ramirez, Jr., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No.: 4:10-cv-2802-TLW-TER |
| | ) | |
| United States of America, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

# ORDER

On October 29, 2010, the plaintiff, Vicente Ramirez, Jr. ("plaintiff"), proceeding pro se, filed

this civil action. (Doc. # 1). The case was referred to United States Magistrate Judge Thomas E.

Rogers, III pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 73.02(B)(2), DSC.

This matter now comes before this Court for review of the Report and Recommendation ("the

Report") filed by the Magistrate Judge to whom this case had previously been assigned. (Doc. # 29).

On October 13, 2011, the Magistrate Judge issued the Report. In the Report, the Magistrate Judge

recommends that the plaintiff's motion to dismiss (Doc. # 26) be granted and this case be dismissed

without prejudice. (Doc. # 29). No party filed objections to the Report. Objections were due on

October 31, 2011.

This Court is charged with conducting a de novo review of any portion of the Magistrate

Judge's Report and Recommendation to which a specific objection is registered, and may accept,

reject, or modify, in whole or in part, the recommendations contained in that report. 28 U.S.C. §

636. In the absence of objections to the Report and Recommendation of the Magistrate Judge, this

1

Court is not required to give any explanation for adopting the recommendation.  See Camby v. Davis, 718 F.2d 198, 199 (4th Cir. 1983).

The Court has carefully reviewed the Magistrate Judge's Report and Recommendation.  It is hereby **ORDERED** that the Magistrate Judge's Report is **ACCEPTED**.  (Doc. # 29).  For the reasons articulated by the Magistrate Judge, the plaintiff's motion to dismiss (Doc. # 26) is **GRANTED** and this case is **DISMISSED** without prejudice.  In light of this ruling, the defendant's motion for summary judgment (Doc. # 16) is now **MOOT**.

**IT IS SO ORDERED**.

_____s/Terry L. Wooten_____
United States District Judge

December 2, 2011
Florence, South Carolina